928

No. 73–5931. Orr *v.* California. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 73–5934. Scott *v.* California. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 73–5935. Szabo *v.* Black, Warden. C. A. 6th Cir. Certiorari denied.

No. 73–5937. Mullen *v.* Georgia. C. A. 5th Cir. Certiorari denied.

No. 73–5940. Mumford *v.* Brofman, Judge. C. A. 10th Cir. Certiorari denied.

No. 73–5942. Bronson *v.* Bronson. Ct. App. Tenn. Certiorari denied.

No. 73–5944. Moore *v.* Vincent, Correctional Superintendent. C. A. 2d Cir. Certiorari denied.

No. 73–5951. House *v.* California. Sup. Ct. Cal. Certiorari denied.

No. 73–5962. Richardson *v.* Missouri. C. A. 8th Cir. Certiorari denied.

No. 73–5971. Heard et ux. *v.* Department of Motor Vehicles of the District of Columbia. Ct. App. D. C. Certiorari denied.

No. 73–5976. Edwards *v.* Illinois. Sup. Ct. Ill. Certiorari denied.

No. 73–5978. King *v.* New Jersey. Super. Ct. N. J. Certiorari denied.

No. 73–5979. Travis *v.* Illinois. App. Ct. Ill., 1st Dist. Certiorari denied.